IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**JAMES M. ELBERT III**                                                                                    **PETITIONER**

V.                                        No: 2:19-cv-00114 JM/PSH

**DWAYNE HENDRIX, Warden,**
**FCC Forrest City**                                                                                       **RESPONDENT**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Recommendation has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Petitioner James M. Elbert III ("Elbert"), an inmate in federal custody, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on September 4, 2019. Docket entry no. 1. Elbert did not file an application for permission to proceed *in forma pauperis*, nor did he submit the five dollar filing fee. As a result, on September 6, 2019, the Court entered an order directing Elbert to either submit the filing fee or a complete *in forma pauperis* application no later than 30 days after the entry of the Order. Elbert was also notified of his responsibility to comply with Local Rule 5.5, which requires him to prosecute his case diligently and respond to communication from the Court.

The Clerk to forwarded an *in forma pauperis* application to Elbert on the same day the Order was entered. Elbert was specifically informed that failure to comply with the Court's September 6 Order would result in the recommended dismissal of the case without prejudice. Docket entry no. 2.

Elbert has not paid the filing fee, filed an *in forma pauperis* application, or otherwise responded to the Court's September 6 Order. Under these circumstances, the Court concludes that Elbert's petition should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

Therefore, the Court recommends that Elbert's petition for writ of habeas corpus be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order.

IT IS SO RECOMMENDED this 30th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE