IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JAMES M. ELBERT III                                        PETITIONER

V.                NO: 2:19CV00114 JM/PSH

DWAYNE HENDRIX, Warden,
FCC Forrest City                                                RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 19th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE